IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PHYSICIAN'S BEAUTY GROUP, LLC, d/b/a RX BEAUTY BRANDS.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL SULLIVAN and RX BEAUTY BRANDS LLC, a Georgia Limited Liability Company.<br><br>Defendants. | Case No. 1:17-cv-1243<br><br>Jury Trial Demanded |

**SUMMONS IN A CIVIL ACTION**

To: RX Beauty Brands LLC, UNITED STATES CORPORATION AGENTS, INC., 1420 Southlake Plaza Dr., Clayton, Morrow, GA, 30260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cecilia Perez-Matos, Esq.
The Perez-Matos Law Firm
3904 N. Druid Hills Rd., #136
Decatur, GA 30033
(800) 515-715; cpm@perez-matos.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: April 6, 2017

s/Anniva Renick
*Signature of Clerk or Deputy Clerk*